# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 19, 2026

Lyle W. Cayce
Clerk

_____

No. 25-30277
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Bracelon Armon Charles,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:24-CR-124-1

_____

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Bracelon Armon Charles pleaded guilty to brandishing a firearm during a crime of violence in violation of 18 U.S.C. § 924(c). The district court sentenced him above the guidelines range to 155 months of imprisonment, and he now challenges the substantive reasonableness of the sentence.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30277

Charles argues that the district court (1) gave too little weight to mitigating sentencing factors including his youth and lack of any prior criminal conduct and (2) put impermissible weight on the purportedly unforeseeable shootings committed by another participant in his interstate crime spree. We review the first contention for abuse of discretion and the second contention, which was not presented to the district court, for plain error. *See United States v. Zarco-Beiza*, 24 F.4th 477, 480-82 (5th Cir. 2022). On those standards of review, we are not persuaded that the district court reversibly erred in imposing the above-guidelines sentence based on its assessment of the sentencing factors. *See Puckett v. United States*, 556 U.S. 129, 135 (2009); *United States v. Navarro-Jusino*, 993 F.3d 360, 362 (5th Cir. 2021); *United States v. Arce*, 118 F.3d 335, 341 (5th Cir. 1997).

AFFIRMED.